| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |
| EZRA ILANI and CATHY ILANI, individuals, | Case No. 2:17-cv-00692-APG-PAL |
| Plaintiffs, | **ORDER STRIKING ANSWER, COUNTERCLAIM, AND THIRD-PARY COMPLAINT** |
| v. | |
| SIMON S. ABRAHAM, an individual; KDA HOLDINGS, LLC, a domestic limited-liability company; KING SOLOMONS TREASURES, LLC, a domestic limited-liability company; 777 HOLDINGS INTERNATIONAL LTD., LLC, a domestic limited-liability company; AMASIAN GEM CORPORATION OF NEVADA, a domestic corporation; LE SIMONE JEWELRY LTD., a domestic corporation; KING DAVIDS RIVER OF GOLD LLC, a domestic limited liability company; JEWELRY JUDGE OF LAS VEGAS, LLC, a domestic limited-liability company; LAS VEGAS JEWELRY BROKERS, LLC, a domestic limited-liability company; JOEL LACKEY, an individual; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive, | (ECF No. 26) |
| Defendants. | |

Plaintiffs Ezra Ilani and Cathy Ilani move to strike the Answer, Counterclaim, and Third-Party Complaint filed by defendants Simon S. Abraham and KDA Holdings, Inc. ECF No. 26. Neither Abraham nor KDA filed an opposition to the motion. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).

Moreover, the Ilanis' motion is substantively meritorious. Default had been entered against Abraham and KDA and was pending at the time they filed their pleading. Moreover, the lawyer representing Abraham and KDA was suspended from the practice of law by the Nevada

State Bar at the time he filed that pleading. ECF No. 26-3. For both of those reasons, the pleading was a rogue filing.

IT IS THEREFORE ORDERED that plaintiffs' motion to strike **(ECF No. 26) is GRANTED.** The Answer, Counterclaim, and Third-Party Complaint filed by defendants Abraham and KDA Holdings, Inc. (ECF No. 25) is stricken.

DATED this 5th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE