# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON S. ABRAHAM, an individual, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00692-APG-PAL<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>(ECF No. 30) |

Defendants Jewelry Judge of Las Vegas, LLC, Las Vegas Jewelry Brokers, LLC, and Joel Lackey ("Lackey Defendants") filed their Motion for Determination of Good Faith Settlement on June 9, 2017. ECF No. 30. No opposition has been filed and good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the Lackey Defendants' Motion for Determination of Good Faith Settlement **(ECF No. 30) is GRANTED.**

IT IS FURTHER ORDERED that defendants Jewelry Judge of Las Vegas, LLC, Las Vegas Jewelry Brokers, LLC, and Joel Lackey are afforded all of the protections of N.R.S. § 17.245 and are thereby discharged from all liability for contribution and for equitable indemnity to any other tortfeasor.

DATED this 28th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE