# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ezra Ilani
Cathy Ilani

                Plaintiffs,

    v.

Simon S. Abraham, et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00692-APG-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in against KDA Holdings, LLC and Simon S. Abraham, jointly and severally, for compensatory damages of TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00). Judgment shall provide that post-judgment interest shall accrue on a principal balance of TWO MILLION DOLLARS ($2,000,000.00) from the date of entry of Judgment.

Judgment shall be without prejudice to the Ilanis to seek an award of punitive damages, attorneys' fees and/or costs upon subsequent application

  April 27, 2018                                        DEBRA K. KEMPI
Date                                                              Clerk

                                                                            /s/ J. Matott
                                                                            Deputy Clerk