Andras F. Babero, Esquire
9101 West Sahara Avenue
Suite 105-340
Las Vegas, Nevada 89117
Telephone: (702) 277-9943
E-mail: andrasbabero@hotmail.com
*Attorney for Defendants,*
*Simon S. Abraham and*
*KDA Holdings LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, individuals<br><br>*Plaintiffs*<br><br>v.<br><br>SIMON S. ABRAHAM, an individual; KDA HOLDINGS LLC, a domestic limited liability company; KING SOLOMONS TREASURES, LLC, a domestic limited liability company; 777 HOLDINGS INTERNATIONAL LTD, LLC, a domestic limited liability company; AMASIAN GEM CORPORATION OF NEVADA, a domestic corporation; LE SIMONE JEWELRY LTD., a domestic corporation; KING DAVID'S RIVER OF GOLD LLC, a domestic limited liability company; JEWELRY JUDGE OF LAS VEGAS LLC, a domestic limited liability company; LAS VEGAS JEWELRY BROKER, LLC, a domestic limited liability company; JOEL LACKEY, an individual; Doe Defendants I through X, inclusive; and Roe Corporations A through Z, inclusive.<br><br>*Defendants.* | CASE NO.: 2:17-cv-00692-APG-PAL |

[1]

SIMON S. ABRAHAM, individually; and KDA HOLDINGS LLC, a Nevada limited liability company,

Defendants and Counterclaimants

v.

EZRA ILANI and CATHY ILANI, individually,

Plaintiffs and Counterdefendants

SIMON S. ABRAHAM, individually; and KDA HOLDINGS LLC, a Nevada limited liability company,

Third-Party Plaintiff

v.

ADRIÁN MARCEL CAZARES, individually; and CAZARES RESORTS LLC, a Nevada limited liability company,

Third-Party Defendant.

## PROPOSED STIPULATION TO CONTINUE HEARING

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs, EZRA ILANI and CATHY ILANI (hereinafter collectively referred to as the "Plaintiffs") and Defendants, KDA Holdings, LLC and Simon S. Abraham (hereinafter collectively referred to as the "Defendants"), by and through their respective attorneys of record as follows:

1. The purpose for this Stipulation is to continue the hearing currently set for November 27, 2018, at 10.00 A.M., due to Defendants' counsel having a conflict with another hearing set for the same day and time.

[2]

2. The Plaintiffs' and Defendants' respective counsel conferred on November 14, 2018, via e-mail, and determined that they would be available to attend a continued hearing at any time set by the Court from November 28, 2018 through December 7, 2018.

3. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.

Respectfully submitted,

Dated this 16th day of November 2018.   /s/Andras F. Babero, Esquire
Andras F. Babero, Esquire
Nevada Bar No.: 1658
*The Law Office of Andras F. Babero*
9101 West Sahara Avenue
Suite 105-340
Las Vegas, Nevada 89117
**Attorney for Defendants,**
**Simon S. Abraham and**
**KDA Holdings LLC**

Dated this 16th day of November 2018.   /s/Matthew T. Dushoff, Esquire
Kolesar & Latham
Nevada Bar No.: 4975
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
**Attorney for Plaintiffs**
**Ezra Ilani and Cathy Ilani**

**PROPOSED ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to continue the hearing on Plaintiffs' Motion for Order to Show Cause, and Defendants' Motion for Protective Order until the 4th day of December, 2018, at the hour of 10:45 A.M.

It is so Ordered.

Dated this 19tth day of November 2018.

_____
Magistrate Judge Peggy A. Leen