MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:   mdushoff@nvbusinesslaw.com
          jwolff@nvbusinesslaw.com

Attorneys for Plaintiffs,
EZRA and CATHY ILANI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON S. ABRAHAM, an individual; KDA HOLDINGS, LLC, a domestic limited-liability company; et al,<br><br>Defendants. | CASE NO. 2:17-cv-00692-APG-PAL<br><br>**STIPULATION AND ORDER RESETTING ORDER TO SHOW CAUSE DEADLINES** |

Plaintiffs Ezra Ilani and Cathy Ilani ("Plaintiffs") and Defendants Simon S. Abraham and KDA Holding LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree:

WHEREAS, the Court has re-scheduled the hearing referenced in this Court's Order (ECF No. 137) and Plaintiffs' Motion to Compel (ECF No. 138) for February 8, 2021, at 11:00 A.M. via the Zoom Videoconference Application;

WHEREAS, the Court has ordered the parties to submit a stipulation resetting various deadlines related to Plaintiffs' Motion for Order to Show Cause (ECF No. 143).

(9971-1)

NOW, THEREFORE, the Plaintiffs and Defendants agree as follows:

1. Mr. Abraham is to sit for his JDE by March 8, 2021;

2. Plaintiffs must submit a status report by March 15, 2021 identifying if any of the dates referenced in this Court's Order (ECF No. 137) have not been complied with (or if the order on the motion to compel is not complied with); and

3. That Mr. Abraham must file a written response to this Court's order to show cause why he should not be sanctioned for failure to follow this Court's orders by March 22, 2021.

DATED this 8th day of January, 2021.

**SALTZMAN MUGAN DUSHOFF**

By _____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 0114968
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Plaintiffs
EZRA ILANI and CATHY ILANI

**LAW OFFICE OF ERVEN T. NELSON**

By  /s/ Erven T. Nelson
ERVEN T. NELSON, ESQ.
900 Las Vegas Boulevard South, Suite 802
Las Vegas, Nevada 89101

Attorney for ABRAHAM DEFENDANTS

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:24 pm, January 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Ezra Ilani and Cathy Ilani v. Simon S. Abraham, et al.*/Case No. 2:17-cv-00692-APG-PAL
Stipulation and Order Resetting Order to Show Cause Deadlines

(9971-1)