MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:   mdushoff@nvbusinesslaw.com
          jwolff@nvbusinesslaw.com
          wgonzales@nvbusinesslaw.com

Attorneys for Plaintiffs
EZRA and CATHY ILANI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, individuals, | CASE NO. 2:17-cv-00692-APG-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER RESETTING ORDER TO SHOW CAUSE DEADLINES** |
| SIMON S. ABRAHAM, an individual; KDA HOLDINGS, LLC, a domestic limited-liability company; et al, | **(Second Request)** |
| Defendants. | |

Plaintiffs Ezra Ilani and Cathy Ilani ("Plaintiffs") and Defendants Simon S. Abraham and KDA Holding LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree:

WHEREAS, a hearing was held on Plaintiffs' Motion to Compel (ECF No. 138) on February 18, 2021, at 11:00 A.M. via the Zoom Videoconference Application;

WHEREAS, the Court ordered Defendants to produce the documents listed in Plaintiff's Order to Show Cause (ECF No. 133-2) by no later than March 1, 2021 as the Defendant is required to sit for his Judgment Debtor Exam ("JDE") by March 8, 2021 (ECF No. 146).

(9971-1)

1      WHEREAS, the Court ordered Defendant to provide Plaintiffs' counsel, and to file with the Court, a very specific Status Report as directed in open court and that any failure to comply should be addressed by Plaintiffs in their March 15, 2020 Status Report (ECF No. 146).

     NOW, THEREFORE, at the request of Mr. Nelson and due to his personal and professional scheduling conflicts, Plaintiffs and Defendants agree as follows:

1. Mr. Abraham is directed to provide to Plaintiffs' counsel, and to file with the Court, a very specific Status Report regarding the requested documents as directed in open court by March 22, 2021;

2. Mr. Abraham is to produce the documents listed in Exhibit 2 of Plaintiffs' Motion for Order to Show Cause (ECF No. 133-2) to Plaintiffs' Counsel by no later than April 1, 2021;

3. Mr. Abraham is to sit for his Judgment Debtor Exam by April 8, 2021;

4. Plaintiffs must submit a status report by April 15, 2021 identifying any noncompliance with this Court's Orders (ECF Nos. 137 & 146); and

5. That Mr. Abraham must file a written response to this Court's order to show cause why he should not be sanctioned for his failure to follow this Court's orders by April 22, 2021.

DATED this 24th day of February, 2021.

| | |
|---|---|
| **SALTZMAN MUGAN DUSHOFF** | **LAW OFFICE OF ERVEN T. NELSON** |
| By /s/ Matthew T. Dushoff<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 004975<br>JORDAN D. WOLFF, ESQ.<br>Nevada Bar No. 014968<br>WILLIAM A. GONZALES, ESQ.<br>Nevada Bar No. 015230<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>Attorneys for Plaintiffs<br>EZRA ILANI and CATHY ILANI | By /s/ Erven T. Nelson<br>ERVEN T. NELSON, ESQ.<br>900 Las Vegas Boulevard South, Suite 802<br>Las Vegas, Nevada 89101<br><br>**ORDER**<br><br>**IT IS SO ORDERED**<br><br>**DATED:** 2:57 pm, March 03, 2021<br><br>**BRENDA WEKSLER**<br>**UNITED STATES MAGISTRATE JUDGE** |

*Ezra Ilani and Cathy Ilani v. Simon S. Abraham, et al.*/Case No. 2:17-cv-00692-APG-PAL
Stipulation and Order Resetting Order to Show Cause Deadlines

(9971-1)

SALTZMAN MUGAN DUSHOFF PLLC
1835 Village Center Circle
Las Vegas, Nevada 89134
TEL: (702) 405-8500 / FAX: (702) 405-8501