UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZRA ILANI and CATHY ILANI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SIMON S. ABRAHAM, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00692-APG-PAL<br><br>**ORDER SETTING CONTEMPT HEARING**<br><br>(ECF No. 118) |

　　　Magistrate Judge Weksler has certified facts and recommended that I hold a hearing to determine whether defendant Simon S. Abraham should be held in contempt and fined or imprisoned until he provides a complete production of documents and cooperates in a judgment debtor exam in his individual capacity and as representative of defendant KDA Holdings LLC. ECF No. 162. No objection was filed to that recommendation. Under 28 U.S.C. § 636(e)(6)(B), I must hold a hearing to resolve the issue and determine what punishment, if any, is due.

　　　I THEREFORE ORDER the parties, including defendant Simon S. Abraham in person, to attend a hearing on **June 6, 2022 at 10:00 a.m**. in Las Vegas courtroom 6C. At that hearing, Abraham must show cause why he should not be held in contempt and sanctioned. Sanctions may include financial penalties and imprisonment until he cures the contempt.

　　　DATED this 20th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE