# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZRA ILANI and CATHY ILANI,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON S. ABRAHAM, et al.,<br><br>Defendants. | Case No. 2:17-cv-00692-APG-PAL<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 166) |

Defendant Simon S. Abraham's motion for an extension of time to object to Magistrate Judge Weksler's report and recommendation **(ECF No. 166) is denied**. Abraham can raise his objections during the June 7, 2022 hearing on Judge Weksler's recommendation that he be held in contempt. *See* ECF No. 165.

DATED this 2nd day of June, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE