**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, | Case No. 2:17-cv-00692-APG-PAL |
| Plaintiffs, | **ORDER GRANTING, IN PART, DEFENDANT'S MOTION FOR EXTENSION OF TIME** |
| v. | |
| SIMON S. ABRAHAM, et al., | (ECF No. 169) |
| Defendants. | |

Simon S. Abraham's motion to extend the deadlines I set on June 7, 2022 **(ECF No. 169) is GRANTED in part.** By July 21, 2022, Abraham shall produce to the Ilanis' counsel all of the unredacted bank records he has obtained and the list of his inventory and retail/wholesale prices that he has prepared. By July 28, 2022, Abraham shall produce the remaining bank records and inventory. By August 2, 2022, Abraham shall serve a subpoena upon Abraham's former accountant Ira Bernstein. The parties will report on their progress at the August 4, 2022 hearing. Abraham remains at risk of contempt sanctions.

DATED this 18th day of July, 2022.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE